FILED
DEC 17 PH 2:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALAN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 97-B-2107-S |
| ) | |
| MR. WHITEHEAD, ) | |
| ) | |
| Defendant. ) | |

ENTERED
DEC 17 1997

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 13, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. Plaintiff filed objections to the report and recommendation on December 8, 1997.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and plaintiff's objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. An appropriate order will be entered.

DATED this 17th day of December, 1997.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE